UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELIJAH DOMINGUEZ,<br>　　　　　Plaintiff,<br>　　v.<br>DAN PRATT, et al.,<br>　　　　　Defendants. | Case No. 23-cv-00981-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE**<br><br>RE: DKT. NO. 17 |

　　　　The Court has reviewed Chief Magistrate Judge Ryu's Report and Recommendation to Dismiss Complaint without Prejudice. Although pro se plaintiff did not file objections to the Report and Recommendation, he did file a number of other documents. *See* Dkt. Nos. 19, 20, 23, and 24. None of these filings change the fact that plaintiff has not retained counsel and, as Judge Ryu has explained multiple times, "Plaintiff is unable to prosecute a *qui tam* action under the False Claims Act on a pro se basis." Dkt. No. 17; *see also* Dkt. No. 13. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

//
//
//
//
//
//
//
//
//

1	IT IS HEREBY ORDERED that this case is dismissed without prejudice.

2	The Court further orders that the United States' request to unseal the case (Dkt. No. 14) is

3	GRANTED.  The contents of the Court's file in this action shall be unsealed, and the seal shall be

4	lifted as to all other matters occurring in this action after the date of this Order.

5	Plaintiff's motion for a "hearing to determine rights" (Dkt. No. 16) and Plaintiff's motion

6	"in support of in propia persona sui juris" (Dkt. No. 19) are DENIED as moot.

7	The Clerk is directed to close the file.

8	**IT IS SO ORDERED.**

9	Dated:  July 24, 2023

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California