UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH DOMINGUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAN PRATT, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00981-HSG<br><br>**ORDER TO PLAINTIFF REGARDING COMMUNICATIONS WITH THE COURT** |

The Court **ORDERS** Plaintiff not to send filings or other communications to the HSG CRD email inbox, and informs Plaintiff that any emails he sends to that inbox will be deleted unread.  Plaintiff is also **ORDERED** not to send correspondence to the Court by mail or other means, and any such correspondence will be returned unread.  Per Dkt. No. 35, Plaintiff has been ordered not to file anything other than a compliant amended complaint, and is barred from submitting any other filings in this closed case unless and until he files a compliant amended complaint.

**IT IS SO ORDERED.**

Dated:  11/1/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge