United States District Court
Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    ELIJAH DOMINGUEZ,                        Case No. 23-cv-00981-HSG

8              Plaintiff,                     **ORDER REVOKING IN FORMA
                                              PAUPERIS STATUS**
9         v.
                                              Re: Dkt. No. 40
10   DAN PRATT, et al.,

11             Defendants.

12        On November 20, 2023, Plaintiff Elijah Dominguez filed a notice of appeal of this Court's

13   July 24, 2023 order dismissing the complaint without prejudice, Dkt. No. 25, and subsequent

14   rulings. *See* Dkt. Nos. 32 & 41 (October 26, 2023 order denying Plaintiff's motion to consolidate,

15   motions for mandamus, quo warranto, and relief from a judgment or order, and motion to appoint

16   counsel), 35 (October 31, 2023 order denying Plaintiff's motion to add new defendant and for

17   relief from a judgment or order). On December 1, 2023, the Ninth Circuit referred the matter for

18   the limited purpose of determining whether in forma pauperis ("IFP") status should continue for

19   the appeal. *See* Dkt. No. 40. The Court finds that the issues presented by the appeal are frivolous

20   and that the appeal is not taken in good faith. *See* 28 U.S.C. §§ 1915(a)(3), (e)(2)(B)(i); *Hooker v.*

21   *American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Accordingly, the Court **REVOKES**

22   Plaintiff's IFP status.

23        **IT IS SO ORDERED.**

24   Dated:    12/4/2023

25                                            _____
                                              HAYWOOD S. GILLIAM, JR.
26                                            United States District Judge

27

28